UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NEXTGEAR CAPITAL, INC.,**
an Indiana company,                                Case No. 16-10298
        Plaintiff,

v.

**JOHN YURKOVICH AUTO SALES,**
    **INC.,** a Michigan company, and
**JOHN YUKOVICH,** individually,
        Defendants.
_____

**INDEX OF EXHIBITS**

| | |
|---|---|
| **Exhibit A** | Note |
| **Exhibit B** | Receivable Detail Report |
| **Exhibit C** | Individual Guaranty |
| **Exhibit D** | Value Estimate |