UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NEXTGEAR CAPITAL, INC.,**
an Indiana company,                    Case No. 16-cv-10298
      Plaintiff,
v.

**JOHN YURKOVICH AUTO SALES,**
**INC.,** a Michigan company, and
**JOHN YURKOVICH,** individually,
      Defendants.
_____

## APPEARANCE

Please enter the appearance of Daniel N. Sharkey of Brooks Wilkins Sharkey & Turco, PLLC, on behalf of NextGear Capital, Inc.

Dated:  January 28, 2016                    Respectfully submitted,

          By: /s/ Daniel N. Sharkey
          Daniel N. Sharkey  (P53837)
          **Brooks Wilkins Sharkey & Turco PLLC**
          401 S. Old Woodward Avenue, Suite 400
          Birmingham, MI  48009
          248-971-1800; 248-971-1801 – Facsimile
          sharkey@bwst-law.com

          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

By: /s/ Daniel N. Sharkey
Daniel N. Sharkey  (P53837)
**Brooks Wilkins Sharkey & Turco PLLC**
401 S. Old Woodward Avenue, Suite 400
Birmingham, MI  48009
248-971-1800; 248-971-1801 – Facsimile
sharkey@bwst-law.com