UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NEXTGEAR CAPITAL, INC.,**
an Indiana company,                                    Case No. 16-10298
        Plaintiff,
v.

**JOHN YURKOVICH AUTO SALES,**
    **INC.,** a Michigan company, and
**JOHN YUKOVICH,** individually,
        Defendants.
_____

**INDEX OF EXHIBITS**

| | |
|---|---|
| **Exhibit A** | Note |
| **Exhibit B** | Receivable Detail Report |
| **Exhibit C** | Value Spreadsheet |
| **Exhibit D** | Web-Site Inventory |
| **Exhibit E** | Proposed Temporary Order Pending Hearing |
| **Exhibit F** | Proposed Order for Possession |