# Exhibit B

*Receivable Detail Report*

# NEXTGEAR CAPITAL

## Receivable Detail Report

| | | | |
|---|---|---|---|
| Region | Not Selected | Market | Not Selected |
| Business | John Yurkovich Auto Sales, Inc.(56878) | Report Date | WED, 01/13/2016 01:43:12 PM |
| Exclude Default Dealers | False | Requested By | Janelle Smart |
| Exclude Account Level Charges | False | Include Comments | No |
| Dealer Finance Type | All | | |

### Customer Profile

| | |
|---|---|
| Name: | John Yurkovich Auto Sales, Inc. |
| Dealer Id: | 56878 |
| Address Line 1: | 2355 Fort St. |
| Address Line 2: | |
| City, State, ZIP: | Wayndotte, MI 48192 |
| Phone: | (734)283-2300 |
| Fax: | (734)283-2232 |

### Market Info & Account Profile

| | |
|---|---|
| Market: | Detroit Metro (197) |
| Market Phone: | (419)835-5006 |
| Finance Program: | Core |
| Dealer Status: | DL |
| Lot Audit: | Incomplete |
| Unapplied Funds: | $.00 |
| Reserved Funds: | $.00 |

| Fee Type | Description | Amount Due | Date Incurred |
|---|---|---|---|
| Collateral Audit | Audit Date: 12/9/2015 12:00:00 AM | $80.00 | 12/23/2015 |
| Collateral Audit | Audit Date: 11/17/2015 12:00:00 AM | $80.00 | 12/01/2015 |

**Total Account Charges for John Yurkovich Auto Sales, Inc. (56878)** $160.00

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit: | Outstanding | Credit Available |
|---|---|---|---|---|---|---|
| Retail | $100,000.00 | $.00 | | $100,000.00 | $88,117.13 | $.00 |

**Total Line of Credit for John Yurkovich Auto Sales, Inc. (56878)** $100,000.00  $.00  $100,000.00  $88,117.13  $.00

**Retail Inventory Detail for John Yurkovich Auto Sales, Inc. (56878)**

| Floor Date | Last Days Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb Source | Original Amt. | Principal Bal. | One Day Bal. | Fee | Interest | Collateral Protection | Other | Total | Term Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/10/15 | 187 | 11/16/15 SAU | 2007 Ford Focu | Whi | 229427 | 554 | FR | 12/09/15 | S ABC Toledo, LLC | $4,140.00 | $2,692.04 | $.00 | $.00 | $42.39 | $34.82 | $150.00 | $2,919.25 | D60/30/30 -- F60/50/50 -- R4.5 -- C%10/15 |
| 07/10/15 | 187 | 11/16/15 CUV | 2007 Pont G6 G | Red | 102573 | 556 | FR | 12/09/15 | S ABC Toledo, LLC | $7,175.00 | $4,665.55 | $.00 | $.00 | $72.89 | $60.34 | $150.00 | $4,948.78 | |

| Floor Date | Last Paid | Days | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/10/15 | 11/16/15 | 187 | SAU | 2002 Ford Focu | Red | 109953 | 560 | FR | 12/09/15 | S | ABC Toledo, LLC | $1,335.00 | $868.09 | $.00 | $.00 | $14.23 | $11.23 | $150.00 | $1,043.55 |
| 07/10/15 | 11/16/15 | 187 | CUV | 2006 Chry Town | Sil | 738974 | 561 | FR | 12/09/15 | S | ABC Toledo, LLC | $3,440.00 | $2,236.86 | $.00 | $.00 | $35.36 | $28.93 | $150.00 | $2,451.15 |
| 08/14/15 | 11/16/15 | 152 | CUV | 2005 Dodg Dura | Whi | 510795 | 592 | FR | 12/14/15 | B | Trade-In | $4,000.00 | $3,060.00 | $.00 | $.00 | $48.94 | $33.64 | $250.91 | $3,393.49 |
| 08/14/15 | 11/16/15 | 152 | CUV | 2004 Cadi DeVi | Bla | 126115 | 596 | FR | 12/14/15 | B | Trade-In | $4,000.00 | $3,060.00 | $.00 | $.00 | $47.96 | $33.64 | $150.00 | $3,291.60 |
| 08/24/15 | 11/25/15 | 142 | CUV | 2004 Cadi SRX | Gol | 165241 | 597 | FR | 12/23/15 | B | Trade-In | $5,825.00 | $4,456.13 | $.00 | $.00 | $58.61 | $41.39 | $150.00 | $4,706.13 |
| 09/01/15 | 12/08/15 | 134 | CUV | 2002 Ford Rang | Unk | A74737 | 602 | FR | 01/04/16 | B | Trade-In | $3,500.00 | $2,677.50 | $.00 | $.00 | $27.21 | $18.27 | $240.00 | $3,012.98 |
| 08/28/15 | 12/08/15 | 138 | SAU | 2005 Chev Trai | Gre | 276655 | 604 | FR | 12/30/15 | S | ABC Toledo, LLC | $5,165.00 | $3,951.23 | $.00 | $50.00 | $38.69 | $26.96 | $150.00 | $4,216.88 |
| 09/09/15 | 11/16/15 | 126 | CUV | 2000 CHEV MONT | Unk | 285371 | 608 | FR | 12/09/15 | B | Trade-In | $2,200.00 | $1,980.00 | $.00 | $50.00 | $31.96 | $18.50 | $240.00 | $2,320.46 |
| 09/09/15 | 11/16/15 | 126 | CUV | 2003 Chry PT C | Pur | 619934 | 609 | FR | 12/09/15 | B | Trade-In | $2,500.00 | $2,250.00 | $.00 | $50.00 | $36.14 | $21.03 | $240.00 | $2,597.17 |
| 09/09/15 | 11/16/15 | 126 | CUV | 1998 FORD MUST | Unk | 208711 | 610 | FR | 12/09/15 | B | Trade-In | $925.00 | $832.50 | $.00 | $50.00 | $14.22 | $7.78 | $240.00 | $1,144.50 |
| 09/09/15 | 11/16/15 | 126 | CUV | 2003 Chry Town | Sil | 241525 | 612 | FR | 12/09/15 | B | Trade-In | $1,950.00 | $1,755.00 | $.00 | $50.00 | $28.47 | $16.40 | $240.00 | $2,089.87 |
| 09/04/15 | 12/08/15 | 131 | SAU | 2000 Ford E350 | Whi | B26780 | 614 | FR | 01/04/16 | S | ABC Toledo, LLC | $5,265.00 | $4,027.73 | $.00 | $50.00 | $40.16 | $27.48 | $300.00 | $4,445.37 |
| 09/22/15 | 11/25/15 | 113 | CUV | 2004 Pont Gran | Unk | 245597 | 619 | FR | 12/23/15 | B | Trade-In | $3,650.00 | $3,285.00 | $.00 | $50.00 | $43.68 | $25.94 | $155.88 | $3,560.50 |
| 09/18/15 | 11/20/15 | 117 | CUV | 1985 Linc Town | Gra | 666860 | 621 | FR | 12/17/15 | S | ABC Toledo, LLC | $2,990.00 | $2,691.00 | $.00 | $50.00 | $41.36 | $24.49 | $150.00 | $2,956.85 |
| 09/28/15 | 12/08/15 | 107 | CUV | 2001 Ford F-150 | Bla | E49140 | 623 | FR | 12/30/15 | B | Trade-In | $4,500.00 | $4,050.00 | $.00 | $100.00 | $39.58 | $23.49 | $150.00 | $4,363.07 |
| 09/29/15 | 12/08/15 | 106 | SAU | 2004 Ford Expl | Gre | B17384 | 624 | FR | 12/30/15 | S | ABC Toledo, LLC | $3,600.00 | $3,240.00 | $.00 | $100.00 | $32.27 | $18.79 | $173.87 | $3,564.93 |
| 09/29/15 | 12/08/15 | 106 | SAU | 2007 Chry PT C | Sil | 557762 | 625 | FR | 12/30/15 | S | ABC Toledo, LLC | $3,240.00 | $2,916.00 | $.00 | $100.00 | $29.57 | $16.91 | $300.00 | $3,362.48 |
| 10/02/15 | 12/08/15 | 103 | SAU | 2004 Ford F-150 | Bla | A44386 | 632 | FR | 12/31/15 | S | ABC Toledo, LLC | $7,675.00 | $6,907.50 | $.00 | $100.00 | $68.03 | $40.07 | $240.00 | $7,355.60 |
| 10/13/15 | | 92 | | 2007 Cadi DTS | Bla | 183103 | 635 | FR | 12/14/15 | B | Trade-In | $6,400.00 | $6,400.00 | $.00 | $185.00 | $162.31 | $85.38 | $238.00 | $7,070.69 |
| 10/16/15 | | 89 | SAU | 2006 Humm H3 | Whi | 282843 | 638 | FR | 12/15/15 | S | ABC Toledo, LLC | $11,415.00 | $11,415.00 | $.00 | $110.00 | $274.92 | $147.31 | $268.00 | $12,215.23 |
| 10/22/15 | | 83 | CUV | 2006 Chev Aveo | Gre | 577252 | 639 | FR | 12/21/15 | B | Trade-In | $1,950.00 | $1,950.00 | $.00 | $185.00 | $47.62 | $23.47 | $178.00 | $2,384.09 |
| 10/22/15 | | 83 | PFC | 2008 Chry Town | Blu | 844342 | 641 | FR | 12/21/15 | B | Trade-In | $6,750.00 | $6,750.00 | $.00 | $185.00 | $154.26 | $81.24 | $238.00 | $7,408.50 |
| Total Retail | | | | | | | | | | | | $103,590.00 | $88,117.13 | $.00 | $1,515.00 | $1,430.83 | $867.50 | $4,892.66 | $96,823.12 |

Unit Count: 24