# Exhibit C

| Stk No. | Source of valuation | Est. Value |
|---|---|---|
| 554 | MMR | $1,925.00 |
| 556 | MMR | $6,725.00 |
| 560 | MMR | $1,243.00 |
| 561 | MMR | $2,700.00 |
| 592 | MMR | $6,425.00 |
| 596 | MMR | $2,925.00 |
| 597 | MMR | $3,580.00 |
| 602 | MMR | $5,925.00 |
| 604 | MMR | $3,425.00 |
| 608 | MMR | $2,200.00 |
| 609 | MMR | $1,225.00 |
| 610 | MMR | $925.00 |
| 612 | MMR | $1,625.00 |
| 614 | MMR | $1,800.00 |
| 619 | MMR | $2,950.00 |
| 621 | Remarketing data | $1,100.00 |
| 623 | MMR | $5,100.00 |
| 624 | MMR | $2,875.00 |
| 625 | MMR | $1,675.00 |
| 632 | MMR | $6,400.00 |
| 635 | MMR | $6,400.00 |
| 638 | MMR | $9,100.00 |
| 639 | MMR | $1,950.00 |
| 641 | MMR | $6,600.00 |
| | Total est. | $86,798.00 |