# Exhibit D



| HOME | INVENTORY | CAR FINDER | SPECIALS | FINANCING | DIRECTIONS | CONTACT US |

**3 Chrysler vehicles found**

Sort By: Price | Year | Make | Model | Mileage        Page Size: 10

<--Prev Page 1 of 1 Next-->

Search:
[    ] go
Stock Number:
[    ]
**Town and Country** (3)

Status:
Available
Sold



**2006 Chrysler** Town and Country Touring 4dr Extended Mini Van (Stk #: 6576)        John Yurkovich Auto
123,605 miles                                                                         734-283-2300
$8,995
**Special $7,995**
2006 CHRYSLER TOWN AND COUNTRY-FULLY LOADED DUAL SLIDING POWER DOORS..ALL POWER OPTIONS..SHARP VAN FOR THE LOW ASKING PRICE!! .. BEST OF ALL WE OFFER 100% GUARANTEED APPROVAL FINANCING FOR EVERYONE WITH A QUALIFYING DOWN PAYMENT AND A PROVABLE MONTHLY INCOME INCLUDING SOCIAL SECURITY..DISABILITY..AND UNEMPLOYMENT

**2003 Chrysler** Town and Country LX Family Value 4dr Extended Mini Van (Stk #: 6661)    John Yurkovich Auto
141,017 miles                                                                         734-283-2300
$4,995
**Special $3,995**
2003 CHRYSLER TOWN/COUNTRY SILVER .. BEST OF ALL WE OFFER 100% GUARANTEED APPROVAL FINANCING FOR EVERYONE WITH A QUALIFYING DOWN PAYMENT AND A PROVABLE MONTHLY INCOME INCLUDING SOCIAL SECURITY..DISABILITY..AND UNEMPLOYMENT

**2008 Chrysler** Town and Country Touring 4dr Mini Van (Stk #: 6680)                 John Yurkovich Auto
134,769 miles                                                                         734-283-2300
$10,995
**Special $9,995**
2008 CHRYSLER TOWN/COUNTRY.. TOURING.. LOADED.. BEST OF ALL WE OFFER 100% GUARANTEED APPROVAL FINANCING FOR EVERYONE WITH A QUALIFYING DOWN PAYMENT AND A PROVABLE MONTHLY INCOME INCLUDING SOCIAL SECURITY..DISABILITY..AND UNEMPLOYMENT

<--Prev Page 1 of 1 Next-->

Information deemed reliable, but not guaranteed. Interested parties should confirm all data before relying on it to make a purchase decision. All prices and specifications are subject to change without notice. Prices may not include additional fees such as government fees and taxes, title and registration fees, finance charges, dealer document preparation fees, processing fees, and emission testing and compliance charges.

| HOME | INVENTORY | CAR FINDER | SPECIALS | FINANCING | DIRECTIONS | CONTACT US | Privacy Policy | Dealer Login |

©1999 - 2016 Powered by Carsforsale.com