AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

NextGear Capital, Inc.,

*Plaintiff,*

v.                                                  Case No. 5:16–cv–10298–JCO–MKM
                                                    Hon. John Corbett O'Meara

John Yurkovich Auto Sales, Inc., et al.,

*Defendant.*

_____

## SUMMONS IN A CIVIL ACTION

To: John Yurkovich

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brad A. Danek
        401 South Old Woodward
        Suite 400
        Birmingham, MI
        48009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*       By:  s/ D. Allen_____
                                  *Signature of Clerk or Deputy Clerk*

                                  Date of Issuance:  January 29, 2016



AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 5:16–cv–10298–JCO–MKM
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:          John Yurkovich

Date of Service:          _____

## Method of Service

_____ Personally served at this address:

_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):

_____
_____
_____

_____ Other (specify):

_____
_____
_____

_____ Returned unexecuted (reason):

_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:          _____

Signature of Server:          _____

Date:          _____

Server's Address:          _____
_____
_____