AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:16-cv-10298-JCO-MKM
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: John Yurkovich Auto Sales, Inc.

Date of Service: Mon, 2-1-2016, @ 12:08 pm

## Method of Service

✓ Personally served at this address: c/o John Yurkovich
2355 Fort St.
Wyandotte, MI 48192

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Wanda A. Lee

Signature of Server: Wanda A. Lee

Date: 2-1-2016

Server's Address: Investigative Service
P O Box 97
Farmington, MI 48332