UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NEXTGEAR CAPITAL, INC.,**
an Indiana company,
      Plaintiff,

v.

**JOHN YURKOVICH AUTO SALES, INC.,**
    a Michigan company, and
**JOHN YURKOVICH,** individually,
      Defendants.

Case No. 16-cv-10298

---

Daniel N. Sharkey (P53837)
Brad A. Danek (P72098)
Brooks Wilkins Sharkey & Turco PLLC
401 S. Old Woodward Avenue, Ste. 400
Birmingham, Michigan 48009
(248) 971-1800
Attorneys for Plaintiff

---

### DECLARATION OF DAVID EDWARDS
### IN SUPPORT OF VERIFIED MOTION AND BRIEF FOR
### POSSESSION OF COLLATERAL PENDING FINAL JUDGMENT
### AND TEMPORARY ORDER PENDING HEARING

Per 28 U.S.C. § 1746, I, David Edwards, declare under penalty of perjury that the following is true and correct to the best of knowledge, memory, and belief:

    1.    I am a Default Risk Account Manager with Plaintiff NextGear Capital, Inc. ("NextGear").

2. I have had telephone communications with Defendant John Yurkovich.

3. The narrow purpose of this Declaration is to update the Court regarding what has happened over the past week.

4. On February 2, 2016, I asked Mr. Yurkovich if he still had all of the vehicles he previously refused to release to NextGear so that we could again discuss his surrender of those vehicles. We were discussing the vehicles listed in NextGear's previous filings, referred to as "the Collateral."

5. In response, Mr. Yurkovich stated, they were "going to be done here very quickly." He then went on to state that it was tax time and to discuss retailing and selling the cars, indicating he planned to sell some or all of the vehicles, notwithstanding having been served with this court action. It was unclear if JYAS and Mr. Yurkovich had already sold additional vehicles. If such sales have happened already, no proceeds have been paid to NextGear as no payments have been received by NextGear since December 2015.

6. If JYAS and Mr. Yurkovich sell the vehicles, that will obviously impair the Collateral and prevent NextGear from recovering, which is why this update makes it especially critical that the Court enters a temporary order merely preventing Mr. Yurkovich from disposing of the Collateral until this Court can issue a ruling on the Motion.

Dated: February 4, 2016

David Edwards
Default Risk Account Manager
NextGear Capital, Inc.