UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEXTGEAR CAPITAL, INC.,
an Indiana company,

        Plaintiff,

v.

JOHN YURKOVICH AUTO SALES, INC.,
a Michigan company, and
JOHN YURKOVICH, individually,

        Defendants.

Case No. 16-cv-10298

Hon. John Corbett O'Meara
Mag. Judge Mona K. Majzoub

---

Daniel N. Sharkey (P53837)
Brad A. Danek (P72098)
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Ave., Suite 400
Birmingham, MI 48009
(248) 971-1800
Attorneys for Plaintiff

---

### AFFIDAVIT OF PROCESS SERVER WANDA A. LEE
### AS TO SERVICE OF ORDER ON DEFENDANTS

STATE OF MICHIGAN      )
                                 ) SS.
COUNTY OF WASHTENAW  )

    I, Wanda A. Lee, being duly sworn, depose and state that I am a person of suitable age and discretion to serve process. On Friday, February 5, 2016, at 4:48 p.m., I served the Order Restraining Disposition of Collateral Pending Hearing on Plaintiff's Motion for Possession of Collateral Pending Final Judgment, filed on February 5, 2016, on Defendant John Yurkovich Auto Sales, Inc., c/o John Yurkovich, personally, at the place of business at

2355 Fort St., Wyandotte, Michigan 48192, for the hearing scheduled for February 11, 2016, at 10:00 a.m., at the United States District Court at 200 East Liberty St., Ann Arbor, Michigan in this cause of action.

*Wanda A. Lee*
Wanda A. Lee
Investigative Services
P.O. Box 97
Farmington, MI 48332-0097

Subscribed and sworn to before me

this __6__ day of February, 2016.

*Kathleen Anne Platzke*

KATHLEEN ANNE PLATZKE
Notary Public - Michigan
Oakland County
My Commission Expires Jul 16, 2020
Acting in the County of Oakland