UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NEXTGEAR CAPITAL, INC.,**
an Indiana company,

      Plaintiff,                     Case No.: 16-cv-10298
                                     Hon. John Corbett O'Meara
v.                                         Mag. Judge Mona K. Majzoub

**JOHN YURKOVICH AUTO SALES, INC.,**
a Michigan Corporation, and
**JOHN YURKOVICH**, individually,

      Defendants.

___

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that JAAFAR & MAHDI LAW GROUP, P.C., through attorney DAVID IENNA, will be representing the Defendants in the above-captioned matter, and request electronic notice only.

                       Respectfully submitted,

                               /s/ David Ienna
                       David Ienna (P77170)
                       Jaafar & Mahdi Law Group, P.C.
                       Attorney for Defendants
                       23400 Michigan Ave., Suite 110
                       Dearborn, MI 48124
                       (313) 846-6400
                       david@jaafarandmahdi.com

Dated: February 10, 2016