UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NEXTGEAR CAPITAL, INC.,**
an Indiana company,

       Plaintiff,

v.

**JOHN YURKOVICH AUTO SALES, INC.,**
a Michigan Corporation, and
**JOHN YURKOVICH**, individually,

       Defendants.

Case No.: 16-cv-10298
Hon. John Corbett O'Meara
Mag. Judge Mona K. Majzoub

| | |
|---|---|
| Daniel N. Sharkey (P53837) | David Ienna (P77170) |
| Brad A. Danek (P72098) | Jaafar & Mahdi Law Group, P.C. |
| Brooks Wilkins Sharkey & Turco PLLC | Attorneys for Defendants |
| Attorneys for Plaintiff | 23400 Michigan Ave, Suite 110 |
| 401 S. Old Woodward Ave, Suite 400 | Dearborn, MI 48124 |
| Birmingham, MI 48009 | (313) 846-6400 |
| (248) 971-1800 | |

## STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Plaintiff Netgear Capital, Inc. and Defendants John Yurkovich Auto Sales, Inc., and John Yurkovich, having stipulated and agreed, and the Court being fully advised:

IT IS HEREBY ORDERED that Defendants shall have an extension of time to respond to Plaintiff's Complaint up to and including March 3, 2016.

Date: February 18, 2016                                          s/John Corbett O'Meara
                                                                                               United States District Judge

**Stipulations:**

| | |
|---|---|
| By: /s/ Brad A. Danek (w/ consent) | By: /s/ David Ienna |
| Brad A. Danek (P72098) | David Ienna (P77170) |
| Brooks Wilkins Sharkey & Turco PLLC | Jaafar & Mahdi Law Group, PC |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 401 S. Old Woodward Ave., Suite 400 | 23400 Michigan Ave., Suite 110 |
| Birmingham, MI 48009 | Dearborn, MI  48124 |
| (248) 971-1800 | (313) 846-6400 |
| danek@bwst-law.com | david@jaafarandmahdi.com |

Dated: February 18, 2016