UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NextGear Capital, Inc.

           Plaintiff(s),

v.

John Yurkovich Auto Sales, Inc., and
John Yurkovich

           Defendant(s).
_____/

Case No. 16-cv-10298

Judge John Corbett O'Meara

Magistrate Judge Mona K. Majzoub

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against John Yurkovich for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on John Yurkovich on February 1, 2016 at his place of business at 2355 Fort St. Wyandotte, MI 48192 by personal service.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: March 4, 2016

/s/ Brad A. Danek

P72098
Brooks Wilkins Sharkey & Turco PC
401 South Old Woodward
Suite 400
Birmingham, MI 48009
248-971-1800
danek@bwst-law.com