UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NextGear Capital, Inc.,

           Plaintiff(s),

v.

John Yurkovich Auto Sales,
Inc., et al.,

           Defendant(s).

Case No. 5:16–cv–10298–JCO–MKM
Hon. John Corbett O'Meara

## CLERK'S ENTRY OF DEFAULT

Party in Default:  John Yurkovich

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

DAVID J. WEAVER, CLERK OF COURT

By: s/ D. Peruski
Deputy Clerk

Dated:  March 4, 2016