UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NextGear Capital, Inc.

         Plaintiff(s),

v.

John Yurkovich Auto Sales, Inc., and
John Yurkovich

         Defendant(s).
_____/

Case No. 5:16-cv-10298-JCO-MKM

Judge John Corbett O'Meara

Magistrate Judge Mona K. Majzoub

## REQUEST FOR CLERK'S ENTRY OF DEFAULT JUDGMENT

To:    Clerk of the Court

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and E. D. Mich. LR 55.2, it is requested that the Clerk of Court enter a judgment by default against

- John Yurkovich

Please review the Affidavit of Sum Certain.

## AFFIDAVIT

In support of the Request for Clerk's Entry of Default Judgment, I hereby declare under penalty of perjury that the following statements are true and correct:

1.   John Yurkovich   is subject to default judgment.

2.   A default has been entered on   March 4, 2016   because the party has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 55(a).

3.   The named party is not an infant, incompetent person or currently in the military service.

4. The plaintiff is entitled to the following judgment in the amount of $ __$113,737.92__ for damages, costs, other:

Including the contract sum certain of $100,319.07 and $13,418.85 in attorney fees and costs recoverable by contract. (See Dkt. 1-4, par. 2(a)).

Date: March 8, 2016   /s/ Brad A. Danek

P72098
Brooks Wilkins Sharkey & Turco PC
401 South Old Woodward
Suite 400
Birmingham, MI 48009
248-971-1800
danek@bwst-law.com