UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NextGear Capital, Inc.,

Plaintiff(s),

v.                                                    Case No. 5:16–cv–10298–JCO–MKM
                                                      Hon. John Corbett O'Meara
John Yurkovich Auto Sales,
Inc., et al.,

Defendant(s).

_____

**NOTICE OF DENIAL OF REQUEST
FOR CLERK'S ENTRY OF DEFAULT JUDGMENT**

A Clerk's Entry of Default Judgment as to John Yurkovich has been requested pursuant to Fed. R. Civ. P. 55(b)(1).  The Clerk's Entry of Default Judgment will not be entered for the following reason(s):

- includes attorney fees

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

DAVID J. WEAVER, CLERK OF COURT

By: s/ L. Granger_____
Deputy Clerk

Dated:  March 10, 2016