UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NextGear Capital, Inc.,

                Plaintiff(s),

v.                                    Case No. 5:16−cv−10298−JCO−MKM
                                          Hon. John Corbett OMeara

John Yurkovich Auto Sales,
Inc., et al.,

                Defendant(s),

**ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 5/13/2016, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                          s/John Corbett O'Meara
                                          John Corbett O'Meara
                                          U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/W. Barkholz
                                                Case Manager

Dated: April 29, 2016