# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**NEXTGEAR CAPITAL, INC.,**
an Indiana company,
        Plaintiff,

v.

**JOHN YURKOVICH AUTO SALES, INC.,** a Michigan company, and
**JOHN YURKOVICH,** individually,
        Defendants.

Case No. 16-cv-10298

Hon. John Corbett O'Meara
Mag. Judge Mona K. Majzoub

## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Receivables Report |
| Exhibit B | Affidavit of Brad Danek |
| Exhibit C | Promissory Note |
| Exhibit D | Proposed Order Granting Motion for Default Judgment |