# Exhibit A

*Receivable Detail Report*



# NEXTGEAR CAPITAL

## Receivable Detail Report

| | | | |
|---|---|---|---|
| Region | Not Selected | Market | Not Selected |
| Business | John Yurkovich Auto Sales, Inc.(56878) | Report Date | WED, 05/04/2016 04:06:44 PM |
| Exclude Default Dealers | False | Requested By | Christopher Trapp |
| Exclude Account Level Charges | False | Include Comments | No |
| Dealer Finance Type | All | | |

### Customer Profile

| | |
|---|---|
| Name: | John Yurkovich Auto Sales, Inc. |
| Dealer Id: | 56878 |
| Address Line 1: | 2355 Fort St. |
| Address Line 2: | |
| City, State, ZIP: | Wayndotte, MI 48192 |
| Phone: | (734)283-2300 |
| Fax: | (734)283-2232 |

### Market Info & Account Profile

| | |
|---|---|
| Market: | Detroit Metro (197) |
| Market Phone: | (419)835-5006 |
| Finance Program: | Core |
| Dealer Status: | DL |
| Lot Audit: | Incomplete |
| Unapplied Funds: | $.00 |
| Reserved Funds: | $.00 |

| Fee Type | Description | Amount Due | Date Incurred |
|---|---|---|---|
| Repo (Account) | Repo Remarketing Invoice# 154705-11 stks 597,612,619,602,632,604,641 Audit Date: 12/9/2015 12:00:00 AM | $1,745.00 | 05/09/2016 |
| Collateral Audit | | $80.00 | 12/23/2015 |
| Repo (Account) | Repo Remarketing INV 152556-78 STK 554,632,608,604,624,610,597,635,612,556,560,61 9,596,602,639,623 | $400.00 | 03/28/2016 |
| Collateral Audit | Audit Date: 11/17/2015 12:00:00 AM | $80.00 | 12/01/2015 |

**Total Account Charges for John Yurkovich Auto Sales, Inc. (56878)**   $2,305.00

| LOC Type | Approved Credit | Temp. Credit | Temp. Expiration | Total Credit: | Outstanding | Credit Available | Term Plan |
|---|---|---|---|---|---|---|---|
| Retail | $100,000.00 | $.00 | | $100,000.00 | $82,577.00 | $.00 | D60/30/30 -- F60/50/50 -- R4.5 -- C%10/15 |

**Total Line of Credit for John Yurkovich Auto Sales, Inc. (56878)**

| $100,000.00 | $.00 | $100,000.00 | $82,577.00 | $.00 |

| Floor Date | Last Days Paid | VS | Vehicle Description | Clr | VIN | Stk # | TS | Due | Disb | Source | Original Amt. | Principal Bal. | One Day Bal | Fee | Interest | Collateral Protection | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retail Inventory Detail for John Yurkovich Auto Sales, Inc. (56878) | | | | | | | | | | | | | | | | | | |
| 07/10/15 | 299 11/16/15 | SOT | 2007 Pont G6 G | Red | 102573 | 556 | TR | 12/09/15 | S | ABC Toledo, LLC | $7,175.00 | $4,665.55 | $.00 | $.00 | $222.50 | $176.86 | $150.00 | $5,214.91 |
| 07/10/15 | 299 11/16/15 | CUV | 2006 Chry Town | Sil | 738974 | 561 | TR | 12/09/15 | S | ABC Toledo, LLC | $3,440.00 | $2,236.86 | $.00 | $.00 | $109.28 | $84.79 | $150.00 | $2,580.93 |
| 08/14/15 | 264 11/16/15 | SOT | 2005 Dodg Dura | Whi | 510795 | 592 | TR | 12/14/15 | B | Trade-In | $4,000.00 | $3,060.00 | $.00 | $.00 | $152.08 | $98.60 | $250.91 | $3,561.59 |
| 08/14/15 | 264 11/16/15 | AAU | 2004 Cadi DeVi | Bla | 126115 | 596 | FR | 12/14/15 | B | Trade-In | $4,000.00 | $3,060.00 | $.00 | $.00 | $147.53 | $98.60 | $150.00 | $3,456.13 |
| 08/24/15 | 254 11/25/15 | CUV | 2004 Cadi SRX | Gol | 165241 | 597 | TR | 12/23/15 | B | Trade-In | $5,825.00 | $4,456.13 | $.00 | $.00 | $201.36 | $135.98 | $150.00 | $4,943.47 |
| 09/01/15 | 246 12/08/15 | LHD | 2002 Ford Rang | Unk | A74737 | 602 | ST | 01/04/16 | B | Trade-In | $3,500.00 | $2,677.50 | $.00 | $50.00 | $118.87 | $75.11 | $290.00 | $3,211.48 |
| 08/28/15 | 250 12/08/15 | LHD | 2005 Chev Trai | Gre | 276655 | 604 | ST | 12/30/15 | S | ABC Toledo, LLC | $5,165.00 | $3,951.23 | $.00 | $50.00 | $167.03 | $110.84 | $200.00 | $4,479.10 |
| 09/09/15 | 238 03/24/16 | CUV | 2000 CHEV MONT | Unk | 285371 | 608 | TR | 05/04/16 | B | Trade-In | $2,200.00 | $.00 | $.00 | $.00 | $1.38 | $13.08 | $124.04 | $138.50 |
| 09/09/15 | 238 11/16/15 | SOT | 2003 Chry PT C | Pur | 619934 | 609 | TR | 12/09/15 | B | Trade-In | $2,500.00 | $2,250.00 | $.00 | $50.00 | $115.22 | $61.63 | $240.00 | $2,716.85 |
| 09/09/15 | 238 11/16/15 | SOT | 1998 FORD MUST | Unk | 208711 | 610 | TR | 12/09/15 | B | Trade-In | $925.00 | $832.50 | $.00 | $50.00 | $48.67 | $22.80 | $240.00 | $1,193.97 |
| 09/09/15 | 238 11/16/15 | LHD | 2003 Chry Town | Sil | 241525 | 612 | ST | 12/09/15 | B | Trade-In | $1,950.00 | $1,755.00 | $.00 | $50.00 | $91.85 | $48.07 | $290.00 | $2,234.92 |
| 09/04/15 | 243 12/08/15 | SOT | 2000 Ford E350 | Whi | B26780 | 614 | TR | 01/04/16 | S | ABC Toledo, LLC | $5,265.00 | $4,027.73 | $.00 | $50.00 | $175.33 | $112.98 | $300.00 | $4,666.04 |
| 09/22/15 | 225 11/25/15 | LHD | 2004 Pont Gran | Unk | 245597 | 619 | ST | 12/23/15 | B | Trade-In | $3,650.00 | $3,285.00 | $.00 | $50.00 | $154.43 | $85.22 | $295.88 | $3,870.53 |
| 09/18/15 | 229 11/20/15 | CUV | 1985 Linc Town | Gra | 666860 | 621 | FR | 12/17/15 | S | ABC Toledo, LLC | $2,990.00 | $2,691.00 | $.00 | $50.00 | $133.51 | $73.05 | $240.00 | $3,187.56 |
| 09/28/15 | 219 12/08/15 | CV | 2001 Ford F150 | Bla | E49140 | 623 | FR | 12/30/15 | B | Trade-In | $4,500.00 | $4,050.00 | $.00 | $100.00 | $174.69 | $96.57 | $240.00 | $4,661.26 |
| 09/29/15 | 218 12/08/15 | SOT | 2004 Ford Expl | Gre | B17384 | 624 | TR | 12/30/15 | S | ABC Toledo, LLC | $3,600.00 | $3,240.00 | $.00 | $100.00 | $143.01 | $77.26 | $263.87 | $3,824.14 |
| 09/29/15 | 218 12/08/15 | SOT | 2007 Chry PT C | Sil | 557762 | 625 | TR | 12/30/15 | S | ABC Toledo, LLC | $3,240.00 | $2,916.00 | $.00 | $100.00 | $134.16 | $69.53 | $390.00 | $3,609.69 |
| 10/02/15 | 215 12/08/15 | LHD | 2004 Ford F150 | Bla | A44386 | 632 | ST | 12/31/15 | S | ABC Toledo, LLC | $7,675.00 | $6,907.50 | $.00 | $100.00 | $294.59 | $164.71 | $380.00 | $7,846.80 |
| 10/13/15 | 204 | | CUV 2007 Cadi DTS | Bla | 183103 | 635 | FR | 12/14/15 | B | Trade-In | $6,400.00 | $6,400.00 | $.00 | $235.00 | $382.54 | $189.31 | $418.00 | $7,624.85 |
| 10/16/15 | 201 | | SOT 2006 Humm H3 | Whi | 282843 | 638 | TR | 12/15/15 | S | ABC Toledo, LLC | $11,415.00 | $11,415.00 | $.00 | $160.00 | $651.05 | $332.69 | $448.00 | $13,006.74 |
| 10/22/15 | 195 | | SOT 2006 Chev Aveo | Gre | 577252 | 639 | TR | 12/21/15 | B | Trade-In | $1,950.00 | $1,950.00 | $.00 | $235.00 | $125.45 | $55.14 | $358.00 | $2,723.59 |
| 10/22/15 | 195 | | LHD 2008 Chry Town | Blu | 844342 | 641 | ST | 12/21/15 | B | Trade-In | $6,750.00 | $6,750.00 | $.00 | $235.00 | $386.32 | $190.86 | $588.00 | $8,150.18 |
| Total Retail | | | | | | | | | | | $98,115.00 | $82,577.00 | $.00 | $1,665.00 | $4,130.85 | $2,373.68 | $6,156.70 | $96,903.23 |

Unit Count: 22