# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NEXTGEAR CAPITAL, INC.,**
an Indiana company,
    Plaintiff,
v.

**JOHN YURKOVICH AUTO SALES, INC.,** a Michigan company, and
**JOHN YURKOVICH,** individually,
    Defendants.

Case No. 16-cv-10298

Hon. John Corbett O'Meara
Mag. Judge Mona K. Majzoub

## AFFIDAVIT OF BRAD A. DANEK

STATE OF MICHIGAN )
        )SS
COUNTY OF OAKLAND )

**BRAD A. DANEK,** being duly sworn, deposes and states as follows:

1. I am counsel for Plaintiff NextGear Capital, Inc. in the above-captioned lawsuit.

2. Plaintiff's Summons and Complaint were personally served on Defendant John Yurkovich on February 1, 2016, as reflected in the proof of service filed with this Court on February 2, 2016 [Dkt. 7].

3. The time in which Defendant may answer, appear, or otherwise respond as provided by the Federal Rules of Civil Procedure has expired, and no extension of such time has been requested by Defendant or granted by this Court.

4. Following the Default Entry by the Clerk filed in this case, Defendant has not filed an answer to the Complaint with this Court or otherwise defended this lawsuit.

5. As of the date of this Affidavit, Plaintiff has incurred $12,188 in legal fees in this District Court litigation resulting from 40.10 hours of work by three attorneys with hourly rates from $260 to $480; $15,752 resulting from 41.00 hours or work by two attorneys with hourly rates from $260 to $530; and $581.85 in costs.

6. The fee detail reports attached hereto, demonstrating the work performed by counsel and the costs incurred, to my knowledge are true and accurate.

Further, affiant sayeth not.

/s/ Brad A. Danek
Brad A. Danek  (P72098)

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | Rcpts | Disbs | Fees | Bld Inv# Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **200330** | **NextGear Capital, Inc.** | | | | | | | | |
| **200330-0001** | **John Yurkovich Auto Sales, Inc.** | | | | | | Resp Lawyer: DNS | | |
| Jan 15/2016 314540 | Lawyer: DS 1.20 Hrs X 480.00 reviewed several e-mails from S. Landreth; began reviewing documents for dispute - loan, guaranty, UCC, PMSIs, etc.; telephone conference with S. Landreth and B. Danek re factual background and case strategy | | | | 576.00 | 25835 | | | |
| Jan 18/2016 313869 | Lawyer: BD 4.40 Hrs X 260.00 legal research for federal replevin cases and bond requirements; review initial documents from client; draft verified complaint; draft motion and affidavit | | | | 1144.00 | 25835 | | | |
| Jan 18/2016 314541 | Lawyer: DS 0.20 Hrs X 480.00 reviewed B. Danek's draft Complaint and e-mail to S. Landreth re same | | | | 96.00 | 25835 | | | |
| Jan 20/2016 313867 | Lawyer: BD 3.20 Hrs X 260.00 draft and revise verified complaint and motion to repossess collateral | | | | 832.00 | 25835 | | | |
| Jan 20/2016 314542 | Lawyer: DS 0.10 Hrs X 480.00 reviewed e-mail correspondence from S. Landreth re units and updated facts; reviewed e-mail correspondence from B. Danek re same | | | | 48.00 | 25835 | | | |
| Jan 21/2016 313868 | Lawyer: BD 0.80 Hrs X 260.00 revise and edit brief in support of motion for repossession and updated complaint with new outstanding balance | | | | 208.00 | 25835 | | | |
| Jan 26/2016 314320 | Lawyer: BD 2.00 Hrs X 260.00 revise and edit Complaint and Motion for Possession; draft proposed order | | | | 520.00 | 25835 | | | |
| Jan 27/2016 314413 | Lawyer: BD 1.50 Hrs X 260.00 revise and edit complaint, motion, and brief in support; draft temporary order | | | | 390.00 | 25835 | | | |
| Jan 27/2016 314577 | Lawyer: DS 0.80 Hrs X 480.00 reviewed e-mail correspondence from S. Landreth and B. Danek; reviewed and revised B. Danek drafts of Complaint, Motion for Immediate Possession Pending Judgment, and Brief in Support | | | | 384.00 | 25835 | | | |
| Jan 28/2016 314946 | Lawyer: BD 1.30 Hrs X 260.00 revise and edit final draft of complaint and filed with court | | | | 338.00 | 25835 | | | |
| Jan 28/2016 314986 | Expense Recovery Case Filing Fee | X9311 | | 400.00 | | 25835 | | | |
| Jan 28/2016 315022 | Lawyer: DS 0.80 Hrs X 480.00 reviewed e-mail correspondence from B. Danek and S. Landreth; reviewed electronic case filing notice and Complaint as filed; office conference with B. Danek re Judge O'Meara and strategy; drafted e-mail correspondence to S. Landreth re same; reviewed electronic case filing notice and Motion for Possesion as filed | | | | 384.00 | 25835 | | | |
| Jan 29/2016 315224 | Lawyer: BD 0.20 Hrs X 260.00 phone call with case management clerk regarding status; email to client with update | | | | 52.00 | 25835 | | | |
| Jan 29/2016 315227 | Lawyer: DS 0.10 Hrs X 480.00 exchanged e-mail correspondence with B. Danek re status of Summons and Service; drafted e-mail correspondence to S. Landreth re same | | | | 48.00 | 25835 | | | |
| Feb 1/2016 315829 | Billing on Invoice 25835 FEES      5020.00 DISBS      400.00 | | | 0.00 | | 25835 | | | |
| Feb 1/2016 321951 | Lawyer: DS 0.30 Hrs X 480.00 reviewed several electronic case filing notices (.1); reviewed two Summons issued and Notice to Parties of Consent of a Civil Action before a Magistrate Judge | | | | 144.00 | 260573 | | | |

Case 5:16-cv-10298-JCO-MKM   ECF No. 19-3, PageID.146   Filed 05/05/16   Page 5 of 13

Brooks Wilkins Sharkey & Turco PLLC
Client Ledger
ALL DATES

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | Rcpts General | Disbs | Fees | Bld Inv# | Acc | Rcpts Trust Activity | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | Option (.1); reviewed e-mail correspondence from S. Landreth and bond (.1) | | | | | | | | | |
| Feb 2/2016 321946 | Lawyer: BD 0.10 Hrs X 260.00 receipt and filed proofs of service from process server | | | | 26.00 | 260573 | | | | |
| Feb 2/2016 321947 | Lawyer: BD 0.10 Hrs X 260.00 phone call with case management clerk for hearing on motion to show cause | | | | 26.00 | 260573 | | | | |
| Feb 4/2016 324248 | Lawyer: DS 1.20 Hrs X 480.00 exchanged e-mail correspondence from S. Landreth re status (.1); telephone call to W. Barkholz, Judge O'Meara's clerk (.3); drafted e-mail correspondence to S. Landreth (.2); telephone conference with W. Barkholz (.3); telephone conference with J. Yurkovich (.4); reviewed the revised and executed Declaration of D. Edwards (.1) | | | | 576.00 | 260573 | | | | |
| Feb 5/2016 321962 | Lawyer: DS 1.80 Hrs X 480.00 telephone conference with W. Barkholz, Court's Deputy Clerk, re status (.1); drafted revisions to proposed Order Restricting Disposition and Show Cause (.4); telephone conference with J. Yurkovich re status and hearing (.4); drafted e-mail correspondence to W. Barkholz re same (.1); drafted e-mail correspondence to S. Landreth and B. Danek re same (.2); reviewed electronic case filing notice and reviewed Order restraining disposition of collateral pending hearing on Motion for possession of collateral pending final judgment and setting hearing (.3); drafted e-mail correspondence to S. Landreth and B. Danek re same (.1); exchanged e-mail correspondence with S. Landreth re hearing witness (.1); coordinated service of order on J. Yurkovich (.1) | | | | 864.00 | 260573 | | | | |
| Feb 8/2016 324249 | Lawyer: BD 0.10 Hrs X 260.00 reviewed notice of entry of counsel for Yurkovich | | | | 26.00 | 260573 | | | | |
| Feb 8/2016 324250 | Lawyer: BD 0.20 Hrs X 260.00 draft letter to Yurkovich re response to motion | | | | 52.00 | 260573 | | | | |
| Feb 9/2016 321952 | Lawyer: BD 0.10 Hrs X 260.00 participate in phone call from counsel for defendant | | | | 26.00 | 260573 | | | | |
| Feb 9/2016 321953 | Lawyer: BD 0.20 Hrs X 260.00 email to client with update and to request settlement options | | | | 52.00 | 260573 | | | | |
| Feb 9/2016 321963 | Lawyer: DS 0.40 Hrs X 480.00 telephone conference with opposing counsel D. Ienna and B. Danek (.2); telephone conference with Judge O'Meara's clerk W. Barkholz re same (.1); reviewed e-mail correspondence from B. Danek and S. Landreth (.1) | | | | 192.00 | 260573 | | | | |
| Feb 10/2016 321955 | Lawyer: BD 0.20 Hrs X 260.00 phone call with client to prepare for show cause hearing | | | | 52.00 | 260573 | | | | |
| Feb 10/2016 321956 | Lawyer: BD 1.10 Hrs X 260.00 review file contents to prepare for hearing | | | | 286.00 | 260573 | | | | |
| Feb 11/2016 318886 | Expense Recovery Local Ledes Travel 86 @ 0.575 | X9369 | | 49.45 | | 260573 | | | | |
| Feb 11/2016 318889 | Expense Recovery Local Ledes Travel 1 @ 2.40 | X9369 | | 2.40 | | 260573 | | | | |
| Feb 11/2016 319614 | Lawyer: DS 0.10 Hrs X 480.00 reviewed electronic case filing notice and court's docket entry re granting of motion | | | | 48.00 | 260573 | | | | |
| Feb 11/2016 321958 | Lawyer: BD 3.00 Hrs X 260.00 appear for hearing on motion to seize vehicles | | | | 780.00 | 260573 | | | | |
| Feb 11/2016 321959 | Lawyer: BD 0.80 Hrs X 260.00 revise and edit proposed order | | | | 208.00 | 260573 | | | | |

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Activity Rcpts | Trust Activity Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | for seizure and sent to Defendant's counsel for approval | | | | | | | | | |
| Feb 11/2016 321964 | Lawyer: BD  0.20 Hrs X 260.00 email from defendant's counsel regarding settlement for 70k | | | | 52.00 | 260573 | | | | |
| Feb 11/2016 321965 | Lawyer: BD  0.20 Hrs X 260.00 email and phone call with client to discuss settlement | | | | 52.00 | 260573 | | | | |
| Feb 11/2016 321966 | Lawyer: BD  0.20 Hrs X 260.00 receipt and analysis of updated receivable detail report for use in settlement negotiations | | | | 52.00 | 260573 | | | | |
| Feb 12/2016 319613 | Lawyer: DS  0.10 Hrs X 480.00 reviewed electronic case filing notice and Order as entered | | | | 48.00 | 260573 | | | | |
| Feb 15/2016 321969 | Lawyer: BD  0.40 Hrs X 260.00 receipt and review settlement offer from JYAS | | | | 104.00 | 260573 | | | | |
| Feb 15/2016 321970 | Lawyer: BD  0.40 Hrs X 260.00 review receivable report to determine amount past due | | | | 104.00 | 260573 | | | | |
| Feb 15/2016 321971 | Lawyer: BD  0.20 Hrs X 260.00 email to client regarding offer | | | | 52.00 | 260573 | | | | |
| Feb 15/2016 321989 | Lawyer: JM  0.50 Hrs X 270.00 Research court's practice re seizures. | | | | 135.00 | 260573 | | | | |
| Feb 15/2016 324251 | Lawyer: JM  0.30 Hrs X 270.00 Communicate with US Marshal's Office and alternative court officers re same. | | | | 81.00 | 260573 | | | | |
| Feb 15/2016 324252 | Lawyer: JM  0.20 Hrs X 270.00 Work with B. Danek re seizure of vehicles as collateral | | | | 54.00 | 260573 | | | | |
| Feb 16/2016 317358 | Lawyer: DS  0.10 Hrs X 480.00 reviewed e-mail correspondence from B. Danek and S. Landreth re arranging repossession | | | | 48.00 | 260573 | | | | |
| Feb 16/2016 321973 | Lawyer: BD  0.20 Hrs X 260.00 receipt and review email from client with settlement terms | | | | 52.00 | 260573 | | | | |
| Feb 16/2016 321974 | Lawyer: BD  0.30 Hrs X 260.00 draft settlement offer to Defendant | | | | 78.00 | 260573 | | | | |
| Feb 16/2016 324253 | Lawyer: JM  0.20 Hrs X 270.00 Call with US Marshal's Office re seizure. | | | | 54.00 | 260573 | | | | |
| Feb 17/2016 317439 | Lawyer: DS  0.20 Hrs X 480.00 office conference with B. Danek re status of repossession and settlement negotiations | | | | 96.00 | 260573 | | | | |
| Feb 17/2016 318461 | Lawyer: JM  0.10 Hrs X 270.00 Call with Sheriff McCardell re seizure. | | | | 27.00 | 260573 | | | | |
| Feb 17/2016 321975 | Lawyer: BD  0.10 Hrs X 260.00 email from defendant regarding settlement | | | | 26.00 | 260573 | | | | |
| Feb 17/2016 321978 | Lawyer: BD  0.10 Hrs X 260.00 email from client regarding settlement | | | | 26.00 | 260573 | | | | |
| Feb 18/2016 317618 | Lawyer: DS  0.10 Hrs X 480.00 reviewed electronic case filing notice and Order extending response time | | | | 48.00 | 260573 | | | | |
| Feb 19/2016 317766 | Lawyer: BD  3.00 Hrs X 260.00 prepare email to JYAS outlining application of settlement funds to outstanding balance owed and attorney fees | | | | 780.00 | 260573 | | | | |
| Feb 19/2016 321979 | Lawyer: BD  0.20 Hrs X 260.00 response to email from counsell or JYAS regarding settlement and vehicles outside of 180 day period | | | | 52.00 | 260573 | | | | |
| Feb 19/2016 321980 | Lawyer: BD  0.10 Hrs X 260.00 email status update to client | | | | 26.00 | 260573 | | | | |
| Feb 23/2016 318887 | Expense Recovery Other professionals Fee for Service of Complaint 1 @ 50.00 | X9378 | | 50.00 | | 260573 | | | | |
| Feb 23/2016 318888 | Expense Recovery Other professionals Fee for Service of Order 1 @ 70.00 | X9378 | | 70.00 | | 260573 | | | | |
| Feb 29/2016 321981 | Lawyer: BD  0.10 Hrs X 260.00 Email from counsel for JYAS regarding settlement | | | | 26.00 | 260573 | | | | |
| Feb 29/2016 321982 | Lawyer: BD  0.10 Hrs X 260.00 email response regarding repossession | | | | 26.00 | 260573 | | | | |
| Feb 29/2016 324254 | Lawyer: BD  0.50 Hrs X 260.00 Receipt and fill out forms from U.S. Marshal's to prepare for | | | | 130.00 | 260573 | | | | |

| Date Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Activity Rcpts | Trust Activity Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Feb 29/2016 324255 | seizure<br>Lawyer: BD  0.10 Hrs X 260.00<br>phone call to U.S. Marshal's | | | | 26.00 | 260573 | | | | |
| Mar 1/2016 322359 | Lawyer: BD  0.20 Hrs X 260.00<br>e-mail to client regarding inspection of vehicles | | | | 52.00 | 26212 | | | | |
| Mar 1/2016 324258 | Billing on Invoice 260573<br>FEES       5613.00<br>DISBS       171.85 | | | 0.00 | | 260573 | | | | |
| Mar 2/2016 322362 | Lawyer: BD  0.60 Hrs X 260.00<br>review and analysis of accounting from client regarding status of collateral | | | | 156.00 | 26212 | | | | |
| Mar 2/2016 322364 | Lawyer: BD  0.50 Hrs X 260.00<br>review prior court orders regarding restriction on sales and list of specific stock numbers | | | | 130.00 | 26212 | | | | |
| Mar 3/2016 322367 | Lawyer: BD  0.20 Hrs X 260.00<br>compare audit to stock numbers identified in prior settlement emails with JYAS's counsel to determine inconsistencies | | | | 52.00 | 26212 | | | | |
| Mar 3/2016 322368 | Lawyer: BD  0.20 Hrs X 260.00<br>e-mail to client with strategy | | | | 52.00 | 26212 | | | | |
| Mar 4/2016 319843 | Lawyer: BD  0.50 Hrs X 260.00<br>Draft and filed motion for clerks entry of default and prepared default judgment | | | | 130.00 | 26212 | | | | |
| Mar 4/2016 319868 | Lawyer: DS  0.10 Hrs X 480.00<br>reviewed electronic case filing notice and Motion for Entry of Default against J. Yurkovich | | | | 48.00 | 26212 | | | | |
| Mar 8/2016 322372 | Lawyer: BD  0.20 Hrs X 260.00<br>draft and file request for clerk's entry of default judgment | | | | 52.00 | 26212 | | | | |
| Mar 10/2016 323726 | Lawyer: DS  0.20 Hrs X 480.00<br>reviewed electronic case filing notice and Notice of denial of Motion for Default Judgment because of inclusion of attorney's fees (.1); office conference with B. Danek re same (.1) | | | | 96.00 | 26212 | | | | |
| Mar 21/2016 322001 | Lawyer: MP  0.50 Hrs X 150.00<br>Redact vehicle registration documentation for production. | | | | 75.00 | 26212 | | | | |
| Apr 1/2016 323731 | Billing on Invoice 26212<br>FEES       843.00 | | | 0.00 | | 26212 | | | | |
| Apr 11/2016 324314 | Expense Recovery<br>Court fees (Ledes)  11 @ 0.10 | X9489 | | 1.10 | | 26373 | | | | |
| Apr 29/2016 326952 | Lawyer: BD  0.10 Hrs X 260.00<br>Receipt and review order to show cause for lack of activity | | | | 26.00 | 26373 | | | | |
| Apr 29/2016 326953 | Lawyer: BD  0.20 Hrs X 260.00<br>E-mail to client regarding show cause and request for authority to file motion for default judgment | | | | 52.00 | 26373 | | | | |
| May 1/2016 327477 | Billing on Invoice 26373<br>FEES       78.00<br>DISBS       1.10 | | | 0.00 | | 26373 | | | | |
| May 2/2016 326929 | Lawyer: DS  0.10 Hrs X 480.00<br>reviewed electronic case filing notice and Order to Show Cause for Failure to Prosecute | | | | 48.00 | | | | | |
| May 2/2016 326930 | Lawyer: DS  0.10 Hrs X 480.00<br>office conference with B. Danek re status | | | | 48.00 | | | | | |
| May 2/2016 326931 | Lawyer: DS  0.10 Hrs X 480.00<br>drafted e-mail correspondence to C. Trapp re need to move for default judgment | | | | 48.00 | | | | | |
| May 2/2016 326932 | Lawyer: DS  0.10 Hrs X 480.00<br>telephone call to W. Barkholz, Judge O'Meara's Case Manager, re Order | | | | 48.00 | | | | | |
| May 4/2016 327698 | Lawyer: BD  1.70 Hrs X 260.00<br>draft motion, brief in support, affidavit in support, and proposed order for default judgment | | | | 442.00 | | | | | |
| May 5/2016 327816 | Lawyer: BD  0.70 Hrs X 260.00<br>revise and edit motion for default judgment and affidavit in support to include updated attorney fees and receivables report | | | | 182.00 | | | | | |

|————— UNBILLED —————| |————— BILLED —————| |——— BALANCES ———|

```
                                        Client Ledger
                                         ALL DATES
 Date    Received From/Paid To    Chq#   |----- General -----|            Bld |----------- Trust Activity -----------|
        Entry #    Explanation    Rec#    Rcpts      Disbs      Fees   Inv# Acc    Rcpts      Disbs        Balance

200330 NextGear Capital, Inc.
200330-0002    Bankruptcy re John Yurkovich Auto Sales                                      Resp Lawyer: DNS
Feb 29/2016    Lawyer: DS  1.20 Hrs X 480.00
    321972     reviewed e-mail correspondence                              576.00 260572
               from S. Landreth (.1);
               reviewed e-mail correspondence
               from B. Danek (.1); telephone
               conference with E. Dunn,
               bankruptcy counsel for JYAS
               (.2); accessed PACER and
               pulled petition and related
               filings (.3); drafted e-mail
               correspondence to S. Landreth,
               B. Danek, and M. Wilkins re
               same (.3); drafted e-mail
               correspondence to E. Dunn re
               same (.1); reviewed e-mail
               correspondence from S.
               Landreth (.1); exchanged
               e-mail correspondence with M.
               Wilkins re moving for relief
               from stay (.1)
Feb 29/2016    Lawyer: MW  0.30 Hrs X 530.00
    321986     Review bankruptcy documents,                                159.00 260572
Feb 29/2016    Lawyer: MW  0.10 Hrs X 530.00
    321987     Conference with B. Danek                                     53.00 260572
               regarding matter background,
               proceeding against owner
               individually.
Mar  1/2016    Billing on Invoice 260572
    322270     FEES        788.00                          0.00                   260572
Mar  1/2016    Lawyer: BD  0.30 Hrs X 260.00
    322360     phone call with client and M.                                78.00  26211
               Wilkins regarding bankruptcy
               and strategy
Mar  1/2016    Lawyer: BD  0.30 Hrs X 260.00
    322361     phone call with JYAS's                                       78.00  26211
               bankruptcy counsel
Mar  1/2016    Lawyer: MW  0.50 Hrs X 530.00
    322675     Conference with B. Danek                                    265.00  26211
               regarding Yurkovich
               bankruptcy, background and
               strategy going forward.
Mar  1/2016    Lawyer: MW  0.50 Hrs X 530.00
    322676     Prepare for and participate in                              265.00  26211
               status and strategy call with
               client.
Mar  1/2016    Lawyer: MW  0.20 Hrs X 530.00
    322679     Conference with B. Danek                                    106.00  26211
               regarding pursuing Yurkovich
               individually, apart from
               bankruptcy proceeding.
Mar  1/2016    Lawyer: MW  0.40 Hrs X 530.00
    322680     Review underlying pleadings in                              212.00  26211
               District Court case.
Mar  1/2016    Lawyer: MW  0.40 Hrs X 530.00
    322686     Prepare for and telephone to                                212.00  26211
               Yurkovich counsel regarding
               case background, status and
               regarding NextGear inspection
               of collateral inventory.
Mar  1/2016    Lawyer: MW  0.20 Hrs X 530.00
    322687     Correspondence to debtor's                                  106.00  26211
               counsel regarding cash
               collateral use and inspection.
Mar  1/2016    Lawyer: DS  0.10 Hrs X 480.00
    323251     exchanged e-mails M. Wilkins                                 48.00  26211
               and B. Danek re Yurkovich
               bankruptcy filing and stay in
               lawsuit
Mar  1/2016    Lawyer: BD  0.20 Hrs X 260.00
    323725     meeting with M. Wilkins to                                   52.00  26211
               discuss litigation strategy in
               light of bankruptcy filing
Mar  2/2016    Lawyer: BD  0.20 Hrs X 260.00
    322363     phone call from bankruptcy                                   52.00  26211
               counsel regarding ability to
               sell vehicles
Mar  2/2016    Lawyer: BD  0.20 Hrs X 260.00
    322365     correspondence from and                                      52.00  26211
               response to counsel for JYAS
               regarding sale of vehicle
Mar  2/2016    Lawyer: BD  0.60 Hrs X 260.00
    322366     legal research for case law                                 156.00  26211
               regarding bankruptcy stay and
               vacating district court order
Mar  2/2016    Lawyer: MW  0.30 Hrs X 530.00
    322690     Correspondence from client                                  159.00  26211
               regarding and discussions with
               B. Danek regarding vehicles
               soled out of trust.
```

| Date<br>Entry # | Received From/Paid To<br>Explanation | Chq#<br>Rec# | Rcpts | Disbs | Fees | Bld<br>Inv# | Acc | Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Mar 2/2016<br>322691 | Lawyer: MW 0.20 Hrs X 530.00<br>Review grounds for appointing chapter 11 trustee. | | | | 106.00 | 26211 | | | | |
| Mar 3/2016<br>322707 | Lawyer: MW 0.30 Hrs X 530.00<br>Review draft cash collateral order from client. | | | | 159.00 | 26211 | | | | |
| Mar 4/2016<br>322371 | Lawyer: BD 0.70 Hrs X 260.00<br>review and revise interim order for use of cash collateral and e-mail to counsel for JYAS | | | | 182.00 | 26211 | | | | |
| Mar 7/2016<br>322369 | Lawyer: BD 0.20 Hrs X 260.00<br>receipt and review notice to unsecured creditors of JYAS; e-mail from client regarding status | | | | 52.00 | 26211 | | | | |
| Mar 7/2016<br>322370 | Lawyer: BD 0.30 Hrs X 260.00<br>e-mail to and from counsel for JYAS regarding motion for use of collateral | | | | 78.00 | 26211 | | | | |
| Mar 8/2016<br>322373 | Lawyer: BD 0.20 Hrs X 260.00<br>receipt and review notice to creditors | | | | 52.00 | 26211 | | | | |
| Mar 8/2016<br>322374 | Lawyer: BD 0.20 Hrs X 260.00<br>phone call to JYAS bankruptcy attorney for status update | | | | 52.00 | 26211 | | | | |
| Mar 9/2016<br>322375 | Lawyer: BD 0.20 Hrs X 260.00<br>phone call from JYAS bankruptcy attorney regarding motion and order | | | | 52.00 | 26211 | | | | |
| Mar 9/2016<br>322376 | Lawyer: BD 0.20 Hrs X 260.00<br>receipt and analysis of proposed order to use collateral and forward to client for comment | | | | 52.00 | 26211 | | | | |
| Mar 9/2016<br>322377 | Lawyer: BD 0.60 Hrs X 260.00<br>receipt and analysis of response from client on revised order to use cash collateral | | | | 156.00 | 26211 | | | | |
| Mar 9/2016<br>322378 | Lawyer: BD 0.90 Hrs X 260.00<br>contact bankruptcy counsel for amount of cash on hand and review RDR for amount owed on prior sales | | | | 234.00 | 26211 | | | | |
| Mar 9/2016<br>322379 | Lawyer: BD 0.40 Hrs X 260.00<br>Phone call from JYAS counsel regarding sale of vehicles and CAC | | | | 104.00 | 26211 | | | | |
| Mar 10/2016<br>322380 | Lawyer: BD 0.20 Hrs X 260.00<br>phone call from JYAS's bankruptcy counsel regarding settlement potential options | | | | 52.00 | 26211 | | | | |
| Mar 10/2016<br>322382 | Lawyer: BD 0.20 Hrs X 260.00<br>e-mail to client with settlement | | | | 52.00 | 26211 | | | | |
| Mar 10/2016<br>323720 | Lawyer: BD 0.80 Hrs X 260.00<br>receipt and analysis of deal jackets (.5); compared applications for title with deal jackets and RDR for potential settlement figures (.3) | | | | 208.00 | 26211 | | | | |
| Mar 14/2016<br>322383 | Lawyer: BD 0.50 Hrs X 260.00<br>phone call from JYAS's bankruptcy counsel regarding settlement potential motion for relief from stay | | | | 130.00 | 26211 | | | | |
| Mar 14/2016<br>322385 | Lawyer: BD 0.30 Hrs X 260.00<br>meeting with M. Wilkins to discuss priorities and plan for filing | | | | 78.00 | 26211 | | | | |
| Mar 14/2016<br>322863 | Lawyer: MW 0.30 Hrs X 530.00<br>Review Schedules of Assets and Liabilities. | | | | 159.00 | 26211 | | | | |
| Mar 14/2016<br>323722 | Lawyer: BD 0.30 Hrs X 260.00<br>e-mail to client for settlement (.1); phone call to bankruptcy counsel for JYAS regarding cash collateral (.2) | | | | 78.00 | 26211 | | | | |
| Mar 16/2016<br>322386 | Lawyer: BD 0.30 Hrs X 260.00<br>e-mail from bankruptcy counsel regarding use of cash collateral | | | | 78.00 | 26211 | | | | |
| Mar 16/2016<br>322388 | Lawyer: BD 0.20 Hrs X 260.00<br>email to client | | | | 52.00 | 26211 | | | | |
| Mar 16/2016<br>322883 | Lawyer: MW 0.70 Hrs X 530.00<br>Review motion to use cash collateral and outline possible objections. | | | | 371.00 | 26211 | | | | |
| Mar 16/2016<br>322884 | Lawyer: MW 0.20 Hrs X 530.00<br>Discuss with B. Danek. | | | | 106.00 | 26211 | | | | |
| Mar 16/2016 | Lawyer: BD 0.30 Hrs X 260.00 | | | | | | | | | |

Brooks Wilkins Sharkey & Turco, PLLC
Client Ledgers
ALL DATES

| Date / Entry # | Received From/Paid To Explanation | Chq# Rec# | General Rcpts | General Disbs | Fees | Bld Inv# | Acc | Trust Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 323723 | receipt and review motion for use of collateral (.2); discuss response to motion with M. Wilkins (.1) | | | | 78.00 | 26211 | | | | |
| Mar 17/2016 322389 | Lawyer: BD  0.20 Hrs X 260.00 phone call with client for strategy regarding cash collateral | | | | 52.00 | 26211 | | | | |
| Mar 17/2016 322390 | Lawyer: BD  0.20 Hrs X 260.00 draft objection to file in response to motion for use of pre-petition cash collateral | | | | 52.00 | 26211 | | | | |
| Mar 17/2016 322893 | Lawyer: MW  0.50 Hrs X 530.00 Prepare for and strategy call with B. Danek and client. | | | | 265.00 | 26211 | | | | |
| Mar 20/2016 322391 | Lawyer: BD  0.10 Hrs X 260.00 receipt and review of order for hearing on motion for use of cash collateral | | | | 26.00 | 26211 | | | | |
| Mar 20/2016 322392 | Lawyer: BD  1.90 Hrs X 260.00 draft response to motion | | | | 494.00 | 26211 | | | | |
| Mar 21/2016 322393 | Lawyer: BD  1.30 Hrs X 260.00 revise and edit response to motion for use of cash collateral | | | | 338.00 | 26211 | | | | |
| Mar 21/2016 322530 | Lawyer: MW  1.20 Hrs X 530.00 Review, revise and draft objection to motion to use cash collateral. | | | | 636.00 | 26211 | | | | |
| Mar 21/2016 322531 | Lawyer: MW  0.50 Hrs X 530.00 Correspondence with client regarding and discuss strategic options with B. Danek. | | | | 265.00 | 26211 | | | | |
| Mar 22/2016 322394 | Lawyer: BD  2.00 Hrs X 260.00 draft motion for appointment of chapter 11 trustee | | | | 520.00 | 26211 | | | | |
| Mar 22/2016 322395 | Lawyer: BD  0.50 Hrs X 260.00 revise and edit declaration of M. Dickson in support | | | | 130.00 | 26211 | | | | |
| Mar 22/2016 322396 | Lawyer: BD  0.30 Hrs X 260.00 meet with M. Dickson for execution of declaration | | | | 78.00 | 26211 | | | | |
| Mar 22/2016 322537 | Lawyer: MW  1.70 Hrs X 530.00 Review, revise and draft objection to motion to use cash collateral and have filed. | | | | 901.00 | 26211 | | | | |
| Mar 22/2016 322538 | Lawyer: MW  1.00 Hrs X 530.00 Review, revise and draft Motion to Appoint Chapter 11 Trustee. | | | | 530.00 | 26211 | | | | |
| Mar 22/2016 322539 | Lawyer: MW  1.80 Hrs X 530.00 Prepare for contested hearing on motion to use cash collateral and motion to appoint Chapter 11 Trustee. | | | | 954.00 | 26211 | | | | |
| Mar 23/2016 322397 | Lawyer: BD  0.90 Hrs X 260.00 prepare for hearing on motion for use of cash collateral | | | | 234.00 | 26211 | | | | |
| Mar 23/2016 322556 | Lawyer: MW  3.00 Hrs X 530.00 Prepare for and attend hearing on contested collateral motion -- negotiate resolution with debtor and place on record. | | | | 1590.00 | 26211 | | | | |
| Mar 23/2016 322557 | Lawyer: MW  1.50 Hrs X 530.00 Review and revise Cash Collateral Order to reflect negotiated changes and changes requested by Court. | | | | 795.00 | 26211 | | | | |
| Mar 23/2016 323724 | Lawyer: BD  2.50 Hrs X 260.00 attend hearing on motion for use of cash collateral | | | | 650.00 | 26211 | | | | |
| Mar 24/2016 322399 | Lawyer: BD  0.60 Hrs X 260.00 revise and edit proposed order for use of cash collateral | | | | 156.00 | 26211 | | | | |
| Mar 25/2016 322572 | Lawyer: MW  0.20 Hrs X 530.00 Review draft revisions to cash collateral order for client and approval by client. | | | | 106.00 | 26211 | | | | |
| Mar 28/2016 322584 | Lawyer: MW  0.20 Hrs X 530.00 Conference with B. Danek regarding cash collateral order, attending first meting of creditors. | | | | 106.00 | 26211 | | | | |
| Mar 29/2016 322592 | Lawyer: MW  0.30 Hrs X 530.00 Conference with B. Danek regarding status of cash collateral order and advising debtor that client does not consent, absent entry of order. | | | | 159.00 | 26211 | | | | |
| Mar 29/2016 322593 | Lawyer: MW  0.20 Hrs X 530.00 Conference with B. Danek | | | | 106.00 | 26211 | | | | |

```
Date        Received From/Paid To              Chq#    |----- General -----|               Bld |---------- Trust Activity ----------|
    Entry # Explanation                        Rec#    Rcpts       Disbs         Fees      Inv#  Acc   Rcpts       Disbs     Balance
```

                    regarding Section 341 meeting
                    -- check with client on
                    attendance.
Apr  1/2016         Billing on Invoice 26211
     323728         FEES       13705.00                            0.00                    26211
Apr  4/2016         Lawyer: MW  0.30 Hrs X 530.00
     326050         Correspondence from and to B.                            159.00        26371
                    Danek regarding cash
                    collateral order, UST concerns
                    over Chapter 5 recoveries
                    carve-out.
Apr  7/2016         Lawyer: MW  0.30 Hrs X 530.00
     327376         Review Debtor's motion to                               159.00         26371
                    assume Credit Acceptance
                    executory contract.
Apr  7/2016         Lawyer: MW  0.20 Hrs X 530.00
     327377         Correspondence with B. Danek                            106.00         26371
                    regarding status, motion.
Apr  8/2016         Lawyer: BD  0.20 Hrs X 260.00
     327022         Phone call with Debtor's                                 52.00         26371
                    counsel regarding changes to
                    cash collateral order and
                    repossession
Apr  8/2016         Lawyer: BD  0.60 Hrs X 260.00
     327023         Review and analysis of Debtor's                         156.00         26371
                    motion to assume executory
                    contract
Apr 11/2016         Expense Recovery
     324326         Court fees (Ledes)  89 @ 0.10    X9489       8.90                      26371
Apr 13/2016         Lawyer: BD  0.30 Hrs X 260.00
     324567         Phone cal with Debtor's counsel                          78.00         26371
                    to discuss cash collateral and
                    dealer license appeal
Apr 13/2016         Lawyer: BD  0.30 Hrs X 260.00
     324575         Revise and edit proposed order                           78.00         26371
                    for use of cash collateral
Apr 20/2016         Lawyer: BD  0.30 Hrs X 260.00
     325420         Phone call from Debtor's                                 78.00         26371
                    counsel regarding seizure of
                    vehicles and entry of cash
                    collateral order
Apr 20/2016         Lawyer: MW  0.10 Hrs X 530.00
     326439         Correspondence with B. Danek                             53.00         26371
                    regarding current status of
                    vehicles.
Apr 20/2016         Lawyer: MW  0.20 Hrs X 530.00
     326440         Advise client need stay relief                          106.00         26371
                    if vehicles are going to be
                    repossessed.
Apr 26/2016         Lawyer: BD  0.50 Hrs X 260.00
     326971         Draft and revise proposed order                         130.00         26371
                    for use of cash collateral
Apr 28/2016         Lawyer: BD  0.20 Hrs X 260.00
     326947         Phone call and e-mail to                                 52.00         26371
                    Debtor's counsel for status of
                    trustee review of cash
                    collateral order
May  1/2016         Billing on Invoice 26371
     327475         FEES        1207.00                            0.00                    26371
                    DISBS          8.90
May  3/2016         Lawyer: BD  0.20 Hrs X 260.00
     327602         Prepared updated status report                           52.00
                    on Serengeti

```
              |---------- UNBILLED ----------|      |-------------------- BILLED --------------------|    |------ BALANCES ------|
TOTALS        CHE      +  RECOV    +  FEES    = TOTAL    DISBS   +  FEES    + TAX   - RECEIPTS         = A/R              TRUST
PERIOD        0.00        0.00        52.00     52.00     8.90     15700.00   0.00      0.00            15708.90          0.00
```

REPORT SELECTIONS - Client Ledger
Layout Template                      Default
Advanced Search Filter               None
Requested by                         Consquela
Finished                             Thursday, May 05, 2016 at 10:54:42 AM
Ver                                  14.0 (14.0.20140923)
Matters                              200330-0002
Clients                              All
Major Clients                        All
Client Intro Lawyer                  All
Matter Intro Lawyer                  All
Responsible Lawyer                   All
Assigned Lawyer                      All
Type of Law                          All
Select From                          Active, Inactive Matters
Matters Sort by                      Default
New Page for Each Lawyer             No
New Page for Each Matter             No
No Activity Date                     Dec/31/2199
Firm Totals Only                     No
Totals Only                          No
Entries Shown - Billed Only          No

| Date Entry# | Paid To Explanation | Source | Matter | Client Name | Ref# | G/L Acct | Amount |
|---|---|---|---|---|---|---|---|
| Jan/28/2016 314986 | Expense Recovery Case Filing Fee | CER | 200330-0001 | NextGear Capital, | X9311 | Expenses | 400.00 |
| | **Total for Jan/28/2016 :** | | 400.00 | | | | |
| Feb/11/2016 318886 | Expense Recovery Local Ledes Travel　86 @ 0.575 | CER | 200330-0001 | NextGear Capital, | X9369 | Expenses | 49.45 |
| Feb/11/2016 318889 | Expense Recovery Local Ledes Travel　1 @ 2.40 | CER | 200330-0001 | NextGear Capital, | X9369 | Expenses | 2.40 |
| | **Total for Feb/11/2016 :** | | 51.85 | | | | |
| Feb/23/2016 318887 | Expense Recovery Other professionals Fee for Service of Compl | CER | 200330-0001 | NextGear Capital, | X9378 | Expenses | 50.00 |
| Feb/23/2016 318888 | Expense Recovery Other professionals Fee for Service of Order | CER | 200330-0001 | NextGear Capital, | X9378 | Expenses | 70.00 |
| | **Total for Feb/23/2016 :** | | 120.00 | | | | |
| Apr/11/2016 324314 | Expense Recovery Court fees (Ledes)　11 @ 0.10 | CER | 200330-0001 | NextGear Capital, | X9489 | Client Disb Clearing | 1.10 |
| | **Total for Apr/11/2016 :** | | 1.10 | | | | |

```
REPORT SELECTIONS - Client Costs Journal
Layout Template:          All
Requested by:             Consquela
Finished:                 Wednesday, May 04, 2016 at 10:03:26 AM
Date Range:               Jan/ 1/2016 To May/31/2016
Matters:                  200330-0001
Clients:                  All
Major Clients:            All                               Matter Intro Lawyer:              All
Responsible Lawyer:       All                               Client Intro Lawyer:              All
Assigned Lawyer:          All                               Type of Law:                      All
Sort by Resp Lawyer:      No                                New Page for Each Lawyer:         No
G/L Account:              All G/L Accounts                  Include Exp. Recoveries:          Yes
Ref#:                     All Checks                        Include Accounts Payable Entries: Yes
G/L Summary Only:         No                                Include General Check Allocations: No
Display in Order Entered: No                                Show User Name:                   No
Corrected Entries:        Not Included                      Summary by Resp Lawyer:           No
Select From:              Active, Inactive, Archived Matters
Explanation Codes:        All
Ver:                      14.0 (14.0.20140923)
Printed from:             Register
```

```
Date       Paid To                           Source Matter         Client Name          Ref# G/L Acct              Amount
    Entry# Explanation
Apr/11/2016 Expense Recovery                 CER    200330-0002    NextGear Capital,    X9489 Client Disb Clearing    8.90
    324326 Court fees (Ledes)  89 @ 0.10
           Total for Apr/11/2016 :                  8.90
```

```
REPORT SELECTIONS - Client Costs Journal
Layout Template:            All
Requested by:               Consquela
Finished:                   Wednesday, May 04, 2016 at 10:03:41 AM
Date Range:                 Jan/ 1/2016 To May/31/2016
Matters:                    200330-0002
Clients:                    All
Major Clients:              All                               Matter Intro Lawyer:                All
Responsible Lawyer:         All                               Client Intro Lawyer:                All
Assigned Lawyer:            All                               Type of Law:                        All
Sort by Resp Lawyer:        No                                New Page for Each Lawyer:           No
G/L Account:                All G/L Accounts                  Include Exp. Recoveries:            Yes
Ref#:                       All Checks                        Include Accounts Payable Entries:   Yes
G/L Summary Only:           No                                Include General Check Allocations:  No
Display in Order Entered:   No                                Show User Name:                     No
Corrected Entries:          Not Included                      Summary by Resp Lawyer:             No
Select From:                Active, Inactive, Archived Matters
Explanation Codes:          All
Ver:                        14.0 (14.0.20140923)
Printed from:               Register
```