# Exhibit D

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**NEXTGEAR CAPITAL, INC.,**
an Indiana company,
        Plaintiff,

v.

**JOHN YURKOVICH AUTO SALES, INC.,** a Michigan company, and
**JOHN YURKOVICH,** individually,
        Defendants.

Case No. 16-cv-10298

Hon. John Corbett O'Meara
Mag. Judge Mona K. Majzoub

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

In accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure and upon the Plaintiff's Motion for Entry of Default Judgment, judgment is hereby entered against Defendant John Yurkovich, in the principal amount of $125,425.08 plus interest and additional attorney fees and costs accruing until the entire amount of the judgment is paid in full.

                      UNITED STATES DISTRICT COURT JUDGE

Dated:_____