# Exhibit A

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

Case No.: **16−42857−wsd**

In Re: (NAME OF DEBTOR(S))

John Yurkovich Auto Sales, Inc.

_____/

### NOTICE OF ORDER ESTABLISHING DEADLINES AND PROCEDURES

NOTICE IS HEREBY GIVEN that on **5/2/16** an Order Establishing Deadlines and Procedures was entered in the above entitled case. Therefore, the following deadlines and hearing dates are in effect:

1. Deadline to file claims is **6/29/16** except for governmental units the deadline to file claims is 180 days from the date the petition was filed.

2. Deadline for debtor to file motions is **6/30/16** . This is also the deadline to file all unfiled overdue tax returns.

3. Deadline for parties to request the debtor to include information in the disclosure statement is **8/1/16** .

4. Deadline for debtor to file combined plan and disclosure statement is **8/29/16** .

5. Deadline to return ballots on plan, file objections to final approval of disclosure statement and objections to confirmation of plan is **10/6/16** . Ballot form should be returned to debtor's attorney.

6. Hearing on objections to disclosure statement and confirmation of plan is set for **10/13/16 at 11:00am AM in Theodore C. Levin U.S. Courthouse, Room 1042, 231 W. Lafayette, Detroit, Michigan 48226** .

7. Deadline for all professionals to file final fee applications is **30 days after confirmation hearing** .

8. Deadline to file objections to the Order Establishing Deadlines and Procedures is **5/23/16** .

9. Deadline for taxing authorities to file a motion to allow an administrative expense is .

10. Deadline to file a motion to extend the deadline to file a plan is **8/1/16** .

11. Deadline to file a motion to extend the time to file a motion to assume or reject a lease under 11 U.S.C.§ 365(d) is .

Counsel for the debtor and parties may obtain a copy of the "Requirements for a Combined Plan and Disclosure Statement" from the Court's website at www.mieb.uscourts.gov.

Dated: 5/2/16

                                                  Katherine B. Gullo , Clerk of Court
                                                UNITED STATES BANKRUPTCY COURT