UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEXTGEAR CAPITAL, INC.,

      Plaintiff,

                              Case No. 16-10298

v.

                              Hon. John Corbett O'Meara

JOHN YURKOVICH AUTO SALES,
INC., and JOHN YURKOVICH,

      Defendants.

_____/

## ORDER SATISFYING ORDER TO SHOW CAUSE

The court issued an order on April 29, 2016 for Plaintiff to show cause why

this action should not be dismissed for failure to prosecute.  Plaintiff filed a

response on May 9, 2016.  Having reviewed and considered the matter;

IT IS HEREBY ORDERED that the show cause order has been

SATISFIED.

                                  s/John Corbett O'Meara
                                  United States District Judge

Date:  May 10, 2016

      I hereby certify that a copy of the foregoing document was served upon the parties of
record on this date, May 10, 2016, using the ECF system and/or ordinary mail.

                                  s/William Barkholz
                                  Case Manager