United States Bankruptcy Court
Eastern District of Michigan

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 02/29/2016 at 5:00 PM and filed on 02/29/2016.

**John Yurkovich Auto Sales, Inc.**
2355 Fort St.
Wyandotte, MI 48192
Tax ID / EIN: 38-3114225



The case was filed by the debtor's attorney:

**Ethan D. Dunn**
Maxwell Dunn, PLC
24725 W. 12 Mile Rd.
Suite 304
Southfield, MI 48034
(248) 246-1166

The case was assigned case number 16-42857-wsd to Judge Walter Shapero.Detroit.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.mieb.uscourts.gov or at the Clerk's Office, 211 West Fort Street, Detroit, MI 48226.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

                                                  **Katherine B. Gullo**
                                                  **Clerk, U.S. Bankruptcy Court**