UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEXTGEAR CAPITAL, INC.,

    Plaintiff,

 v.

JOHN YURKOVICH AUTO SALES,
INC., and JOHN YURKOVICH,

    Defendants.
                                  /

Case no. 16-10298

HON. JOHN CORBETT O'MEARA

## **ORDER OF REMOVAL OF ACTION AS A PENDING MATTER**

    The Court, having been informed on May 10, 2016, that Defendants filed petitions for relief in the United States Bankruptcy Court for the Eastern District of Michigan thereby commencing an automatic stay of proceedings in this civil action pursuant to 11 U.S.C.§ 362; and it further appearing to the Court that such a stay will remain in effect for a substantial period of time; and there appearing to be no further reason at this time to maintain the file as an open one for statistical purposes;

    **IT IS HEREBY ORDERED** that the Clerk of the Court close this matter for statistical purposes. Nothing contained in this order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the stay of proceedings in the same manner as if this order had not been entered and the

Court will order that the matter be reopened for statistical purposes.

s/John Corbett O'Meara<br>United States District Judge

Date:  May 12, 2016


      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 12, 2016, using the ECF system and/or ordinary mail.

s/William Barkholz<br>Case Manager